```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  CHRISTOPHER D. GRIGG
    Assistant United States Attorney
 3  Chief, National Security Division
    ANIL J. ANTONY (Cal. Bar No. 258839)
 4  Assistant United States Attorney
    Deputy Chief, Cyber & I.P. Crimes Section
 5  KHALDOUN SHOBAKI (Cal. Bar No. 232864)
    Assistant United States Attorney
 6  Cyber & I.P. Crimes Section
         1500 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-6579/0759
         Facsimile: (213) 894-2927
 9       E-mail:    anil.j.antony@usdoj.gov
                    khaldoun.shobaki@usdoj.gov
10
11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-0614-MCS |
|---|---|
| Plaintiff, | <u>ORDER UNSEALING DOCUMENTS</u> |
| v. | |
| | **(UNDER SEAL)** |
| JON CHANG HYOK, | |
|   aka "Quan Jiang," | |
|   aka "Alex Jiang," | |
| KIM IL, | |
|   aka "Julien Kim," | |
|   aka "Tony Walker," and | |
| PARK JIN HYOK, | |
|   aka "Jin Hyok Park," | |
|   aka "Pak Jin Hek," | |
|   aka "Pak Kwang Jin," | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED that the docket in this case, including the indictment, detention requests, arrest

//

//

warrants, and supporting documents **shall be unsealed on February 17, 2021.**

    IT IS SO ORDERED.

February 12, 2021  
DATE

HONORABLE MARK C. SCARSI  
UNITED STATES DISTRICT JUDGE

Presented by:

KHALDOUN SHOBAKI  
Assistant United States Attorney